## IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID P. BIESINGER, DPM, AN
INDIVIDUAL,

            Appellant,

vs.

ABSOLUTE FOOT CARE
SPECIALISTS, A NEVADA
CORPORATION,

            Respondent.

No. 83544

**FILED**

MAR 03 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Mark R. Denton, District Judge
       Paul M. Haire, Settlement Judge
       Takos Law Group, Ltd.
       Bailey Kennedy
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-06815